IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TONY VOGT | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 5:17-cv-960 |
| | § | |
| GREAT LAKES INSURANCE SE D/B/A | § | |
| GREAT LAKES REINSURANCE (UK) | § | |
| PLC | § | |
| | § | |
| *Defendants.* | § | |

## STIPULATION OF DISMISSAL

Plaintiff TONY VOGT and Defendant GREAT LAKES INSURANCE SE, d/b/a GREAT LAKES REINSURANCE (UK) PLC, hereby file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff voluntarily dismisses with prejudice all claims by Plaintiff against Defendant in this matter, and Defendant agrees to the dismissal. Plaintiff and Defendant further stipulate that all costs will be borne by the party incurring same.

Dated: May 7, 2018.

Respectfully submitted,

**GREEN & BARTON**

*/s/ Wayne D. Collins*
WAYNE D. COLLINS
State Bar No.: 00796384
1201 Shepherd Drive Houston, Texas 77007
Telephone: (713) 227-4747
Facsimile: (713) 621-5900
Email: wcollins@bartonlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

2

      */s/ William D. Abbott*
Les Pickett
  "Attorney in Charge"
   State Bar No. 15980520
William D. Abbott
   State Bar No. 24087069

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas   77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record by ECF Service and E-mail on this 7th day of May, 2018.

**Les Pickett**
Texas Bar No. 15980520
Federal ID No. 14306
**William D. Abbott**
Texas Bar No. 24087069
**GALLOWAY, JOHNSON, TOMPKINS BURR & SMITH**
1301 McKinney Street, Suite 1400
Houston, Texas 77010
(713) 599-0700 - Telephone
(713) 599-0777 – Facsimile
lpickett@gallowaylawfirm.com
    wabbott@gallowaylawfirm.com

      */s/ Wayne D. Collins*
      Wayne D. Collins

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TONY VOGT § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> GREAT LAKES INSURANCE SE D/B/A § <br> GREAT LAKES REINSURANCE (UK) § <br> PLC § <br> § <br> *Defendants.* § | CASE NO. 5:17-cv-960 |

## FINAL JUDGMENT

On this date, the court considered the Stipulation of Dismissal filed on May 7, 2018 by Plaintiff TONY VOGT, and in accordance with that Stipulation of Dismissal, the court ORDERS, ADJUDGES, and DECREES that the claims of Plaintiff, TONY VOGT, against Defendant, GREAT LAKES INSURANCE SE D/B/A GREAT LAKES REINSURANCE (UK) PLC, be, and are hereby, dismissed with prejudice. The Court further ORDERS, ADJUDGES, and DECREES that each party will bear the court costs incurred by that party.

SIGNED this ___ day of May, 2018.

_____
**XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE**