IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TONY VOGT | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 5:17-cv-960 |
| | § | |
| GREAT LAKES INSURANCE SE D/B/A | § | |
| GREAT LAKES REINSURANCE (UK) | § | |
| PLC | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

On this date, the court considered the Stipulation of Dismissal filed on May 7, 2018 by Plaintiff TONY VOGT, and in accordance with that Stipulation of Dismissal, the court ORDERS, ADJUDGES, and DECREES that the claims of Plaintiff, TONY VOGT, against Defendant, GREAT LAKES INSURANCE SE D/B/A GREAT LAKES REINSURANCE (UK) PLC, be, and are hereby, dismissed with prejudice. The Court further ORDERS, ADJUDGES, and DECREES that each party will bear the court costs incurred by that party.

SIGNED this ___ day of May, 2018.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

3